UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ANDRES SALCEDO,

    Plaintiff,

v.                                               CASE NO. 6:13-cv-783-Orl-28GJK

WILLIAM MCBRIDE LAW GROUP,

    Defendant.

_____/

## ORDER

This case is before the Court on Defendant's Motion to Dismiss (Doc. No. 6). Upon consideration, the motion is **DENIED** as moot. This case was dismissed on May 22, 2013.

**DONE AND ORDERED** in Orlando, Florida, this 6 day of June, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 6/6
Andres Salcedo
Counsel of Record